UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

WILLIAM BATES,

                              **Plaintiff,**                            19-CV-09743 (JPO)(SN)

                  -against-                                       **ORDER**

FELIX D NEWMAN-RODRIGUEZ, et al.,

                              **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      In light of recent public health developments, the settlement conference scheduled for Monday, March 23, 2020, at 2:00 p.m. will be conducted telephonically rather than in person. The Court will provide dial-in information by email prior to the conference. If any party is unavailable to participate by telephone conference, that party shall notify the Court and the conference will be adjourned.

**SO ORDERED.**

                                                                             _____
                                                                             SARAH NETBURN
                                                                             United States Magistrate Judge

DATED:     March 16, 2020
               New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/16/2020