UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

WILLIAM BATES,

                        Plaintiff,                        19-CV-09743 (JPO)(SN)

           -against-                             **ORDER**

FELIX D NEWMAN-RODRIGUEZ, et al.,

                        Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      The settlement conference previously scheduled for Thursday, May 21, 2020, is RESCHEDULED to Monday, May 18, 2020, at 2:00 p.m. The parties shall follow the dial-in instructions provided by email.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     May 15, 2020
               New York, New York